PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF TEXAS
__Tyler__ DIVISION

CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 22 2018
EASTERN DIST. OF TEXAS

__Arthur Glen Brown #575490__
Plaintiff's Name and ID Number

__Michael Unit__
__2664 FM 2054, Tennessee Colony, Tex 75886__
Place of Confinement

CASE NO. __618CV 435 RWS-JDL__
(Clerk will assign the number)

v. __Bryan Collier, Executive Director__
__P.O. Box 99, Huntsville, Texas__
__77342__
Defendant's Name and Address

__Charles Meador O, (Assistant Warden)__
__Michael Unit, 2664 FM 2054, Tennessee Colony, Texas 75886__
Defendant's Name and Address

__Carol Monroe Jr. II, (Head Warden) Michael Unit__
__2664 FM 2054, Tennessee Colony, Texas 75886__
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and once copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 8, Federal Rules of Civil Procedure Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and once copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this even you must complete the application to proceed *in forma pauperis*, setting forth information to establish you inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of you inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send you complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ___NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: ① About 2002   ② 2016

        2. Parties to previous lawsuit:

           Plaintiff(s) Arthur Glen Brown #575490

           Defendant(s) ① 1983 Suit Lut. Creig, Hughes Unit; ② Capt Tamaze, Polunsky Unit, Disciplinary 2254

        3. Court: (If federal, name the district; if state, name the county.) E

        4. Cause number: Lost (or) Stolen Files, can't remember the Case No.'s

        5. Name of judge to whom case was assigned: One was Judeth Gutonery

        6. Disposition: (Was the case dismissed, appealed, still pending?) dismissed without prejudice

        7. Approximate date of disposition: Can't remember

[ missing Files ] Sometime in 2000 I filed an Civil suit on the Hughes Unit, and in 2016 I filed an 2254 concerning Disciplinary fractions, I no longer have my files most of them were distroyed.
[ Lost (or) Distroyed Files ]

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: 2664 FM 2054, Tennessee Colony, Tex 75886

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Arthur Glen Brown #575490 Michael Unit, 2664 FM 2054, Tennessee Colony, Texas 75886

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Bryan Collier; Executive Director, P.O. Box 99, Huntsville Tex 77342. The Executive Director's are responsible that all Policies are Enforced, he is responsible for Insuring that all Redresses are given the least and minimum

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Protocol, He is responsible to Insure that all penal Institutions are run safe and Through his protocol he should have Knowledge of all Necessary Briefings.

Defendant #2: Charles Meador; Assistant (Warden) Michael Unit, 2664 FM 2054, Tennessee Colony, Texas 75886; Warden Meador, has mocked every Judicial deliverance in this great Land, he has failed to protect the Bricks and those

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
whom finds themselves Imprisoned, he admits that he locked me up in about 107 degrees housing (Just for asking for Good Conduct earning time status Dr. Wright had to Issue Orders Never to expose me to Extreme temps.

Defendant #3: Carol Monroe Jr. Π; (Head Warden) Michael Unit, 2664 FM 2054, Tennessee Colony, Texas 75886; Warden Monroe, has the Ability to be fair but has stepped aside and allowed misfortuneous deeds to Overshadow his

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Keen Judgment(s), and by his willful participation with-out using any abating methods, I had suffered possible mild heart attacks by allowing prison staff to house me in Disciplinary housing that invited extreme Heat Levels (Dr's Notes).

New Address → Defendant #4: Deborah G. Cockrell; [                    ] Unfavorable Witness, Mrs. Cockrell did what she could to ease the situation, she tried to obtain Employment that would meet my medical

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Needs, [ but it was blocked by an unknown person ].

[5]. (Mark A. Sandlin, Program Supervisor #1): Mr Sandlin is One Of The most
Defendant #5: Important Defendants; Mr. Sandlin is the Chief C.E.O. of Classifications here at the Michael Unit, he is responsible for all the Housing of Prisoners, his responsibility is to Insure that Prisoners are housed in the

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Proper Categories Weight, Height, and Age. He Over Sees Prisoners Health factors Such as Low Bunk, Low Row, High Blood Pressure, Heat restrictions, [ and any function that would cause an risk to a Prisoners Safety ]. He also maintains class promotions, custody levels, and in some cases he will assist in Transfers when it's best benefit would serve for Not Only the Prisoner, but the states best Interest. He has a broad data Base into Not Only an Prisoners health files, but his Crime, Family tree, his progresses and an prisoners regressions. He has One of the broadest Spectrum of Information than any Staff could offer.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOU COMPLAINT. On [May the 30th of 2018] I forwarded to the Grievance Committee an redress stating that prison-staff and it's Classification members would-not answer my Protocol(s) warden Meador, and UCC. member Mr. Sandlin. I asked for drug-counseling, and to be promoted to SAT I Trustee. I Noted in the redress past events and the hard-ships I had suffered in the past. [ I asked that photo's of the Disciplinary's past be Reviewed ]. I demonstrated that I was worthy for review for some of the best Housing that an Inmate could receive and on [May the 30th 2018] [ I was locked-up ] for [ utilizing the Grievance Process ] there is an actual cause of Action demonstrating that I was retaliated against for utilizing the Grievance Procedure. [ I was stripped of Trustee Low-Level Housing with-out any form of Disciplinary fractions ] Then forced to live in the most extreme living conditions. It is so hot in 11-Building at which time it was about #117 degress. I (may) have suffered mild Heart attacks, The cells get so hot you can barely breath. While in these hot conditions on July the 2 of 2018 I was sent to the Hospital and when medical staff discovered my blood pressure was so high that T.V. Doctor Lastrapes, Ordered higher dosage (s) of Heart Medicans for fear that some liver damage may follow. (2). Food is served cold far below State and Federal guidlines, (3). Went 6-7 days with-out Showers for No Disciplinary fractions.

VI. RELIEF: Order that what was taken from me "give it back" and, State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. It is not my aim to burden the State of Texas over it's currency although as an American of core-values I understand that Our base freedom(s) are built around and supported by an Capitalist foundation and some-times the coin-value is supreme and above all, Therefore, Texas Prison System, it's bankers, and it's Trustees should award me $100,000 One Hundred Thousand Dollars for my [Pain and suffering] (or) as the Judge sees fair.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

my Nick Name is "The Book", got it playing Football for the Legend Gordan Woods Brownwood

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1988-90 [ #85819 ] , New no. 575490

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

About 24 years ago, One of the Federal Judges did warn me for filing Two motion(s) for Reconsideration to his Orders. [ But Never any sanctions. ]

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?    ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): Lost files for filing Two motions for Re-Consideration
2. Case number: Lost or Stolen Files
3. Approximate date warning was issued: About 24 years ago

Executed on: Aug 18-2018
DATE

Arthur Glen Brown

Arthur Glen Brown
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments hereto are true and correct/
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand ever if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __18__ day of __August__, 20 __18__.
(Day)                (month)              (year)

Arthur Glen Brown

Arthur Glen Brown
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

⟨ Statement of Claim Part (3) ⟩

[ Sensitive Information ]

In these requested Disciplinary Photo(s) there are realistic Points, and Views that express Serious and unusual Circumstances that would raise Suspicion and possibly Anger the majesty to Swiftly move to Order an

⟨ [ Restraining Order ] ⟩

The Lone Value is to demonstrate that Prison Officials are trying to Induce a Very Esoteric, and Arcane Evil.

"King Solomon, acknowledged that the Widow's Son did-not have any Help"...

Because of my Shallow and Stumbling ability to hurdle a Powerful Prison System, and the [ ⟨ Stare Decisis · Entente ⟩ ], and with utmost respect to this bench, and it's majesty, Only For [ good Cause ] I have asked this Honorable Court to Interfere and Settle this Horrific dispute.

Mandatory Languages are rarely understood by Laymen of jurisprudence,

[ And most time, requires an majesty to Interpret them ]

* * *

"My Files are so disturbing", that the State may File Stare-Decisis Concepts to prevent these Factors from Surfacing and may require this Honorable Court to File it's Own Unusual motion to Preserve Critical Issues and [ Facts ].

Jencks material (1961) Jencks Act
Jencks V. U.S.,

353 U.S. At 657, 77 S.ct At 1007 (1957)

Jencks Act, 18 USCA § 3500 C.F.

⟨ Brady material ⟩

## Texas Department of Criminal Justice

# STEP 1 — OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2018141115
Date Received: MAY 3 0 2018
Date Due: 7-9-18
Grievance Code: 000
Investigator ID #: JA83
Extension Date: _____
Date Retd to Offender: JUL 0 6 2018

4D1B

Offender Name: Arthur Glen Brown  TDCJ #: 575490
Unit: Michael  Housing Assignment: 1B-Dorm 5-25
Unit where incident occurred: Michael Classification Dept.
Mr. Sandlin, is-not receiving my protocol

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Warden Monroe  When? May 28-18
What was their response? Warden Monroe. Obtained an I-60 request and hand delivered it to Mr. Sandlin.
What action was taken? Warden Monroe said he could-not promise anything.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

⟨ Concerned Family and Friends of Lengthy Sentence ⟩

[ Statement of Facts ]

It has become very questionable by prisoner Brown's family that he has served extreme and lengthy mass imprisonment terms and through this redress family members ask an intelligent response.

Note: Prisoner Brown admits that while on polensky unit a bad habit was picked-up and he has no excuse for such character displayed. While disciplinary processes were administered prisoner Brown received it's best benefit from it's services although, this does-not excuse prior classifying prisoner Brown, and the methods used that fuel and incubate disciplinary infractions created by high levels of criminal-sociology.

[A]

⟨ Prisoner's housing & celling location plan ⟩

(A-1) a prisoner [must] be housed in the cell with an prisoner of the same match, age, weight, and height, with-in 50 lbs, and with-in 10-years match (or) of the same or close social background. *We will now look close at the facts presented.

⟨ Prison Disciplinary photos will not lie ⟩

[ Jenks Act, in concert with the, Freedom of Information Act ]

[ motion for Discovery ]

Brady v. Maryland
T.C.C.P. 373 U.S. at 83 (1963)

[B]

Disciplinary photos indicate that at the time and location prisoner Brown was known by prison staff to be an (5) five star general in the Black Panther Party, but moved on to racial problems with an Aryan-Circle member suffering from severe mental disorder(s) and took his medication from him that same day. And guess who they moved in the cell with this racist inmate (yes), prisoner Arthur Glen Brown, No. 575490, see: Disciplinary photos. Prisoner Brown was assaulted and beaten so severe bad that his mother would-not had recognized him then used disciplinary infractions as a result. Added notice: It will-not be a part of record due to conspiratorial factors, but they tried to put him in my PHD cell a week later, and laughed about it. But, the facts are Axiom and Prima Facie I was beaten and placed in the cell with an racist inmate." Again, "See photos".

[C]

(Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

See Disciplinary Photo(s): I was placed in the cell with an Inmate
[ 24 years younger ]

Appendix F

These Two (2) facts are part of prison records and can not be disputed.

In this course, warden meador, did not want to promote me after almost Two (2) years of good conduct, placed in the cells and house around prisoners with Three (3) life sentences, and severly mentally disturbed inmates undergoing social and disfunctional rehabilities.

Classification refuse to converse with me in subject matter of (3) years of perfect conduct and raises suspicions that some of these disciplinary actions have been, [Fostered and Cultivated] through classification violations, and planting mechanism (S).

Why have I not been transferred to a drug counseling facility.

**Action Requested to resolve your Complaint.** Tell my family that I have counselled myself with drug addiction with-out the help of Trained mentors, and show them the photos of me being beaten unrecognizable and tell them why my good conduct is not a factor to prepare me for free society. Thank you

**Offender Signature:** Arthur Tyler Brown **Date:** May 29-18

**Grievance Response:**

This grievance was processed in accordance with the Safe Prison Plan. An offender protection investigation was completed on 6/1/18. You appeared before the Unit Classification Committee (UCC) on that same date, at which time it was determined that there wasn't sufficient evidence to corroborate your claims. No further action is warranted.

**Warden Meador**

**Signature Authority:** Meador **Date:** 7/6/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

I-127 Back (Revised 11-2010)

Appendix F

Case 6:18-cv-00435-RWS-JDL Document 1 Filed 08/22/18 Page 9 of 17 PageID #: 9



# Texas Department of Criminal Justice
## STEP 2   OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2018141115
UGI Recd Date: JUL 09 2018
HQ Recd Date: JUL 12 2018
Date Due: 8-1
Grievance Code: 000
Investigator ID #: 12044
Extension Date: _____

Offender Name: Arthur Glen Brown   TDCJ # 575490
Unit: Michael   Housing Assignment: 4-D-1-1
Unit where incident occurred: 18-Dorm # 25 Cubic 4D55B

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

{ Warden Meador's Name is in the Redress he should-have Never participated in the Redress }

[ Nepotism Violation ]

(1) A Warden has to have a high degree of Knowledge dealing with Criminal aspect(s), a Warden has an Secure range in Alma mater, he Knows his Nouns, Adjectives, Pronouns, Pre-Fix's, Suffix, Verb(s), & Plural(s)

[ Second ]

Prison Officials are not under Oath while Using their Discretion to answer Redress(s)

Usually, when an O.O.I. is filed an Pre-Investigation is Conducted with Questions then followed by witness or other statement(s). If There was no evidence then why would he had locked me up.

[ There are "no" word(s) Indicating a Life is in ] ( Danger )

See: Disciplinary photo(s)

That is past tense (Verb)

[ Third (3) ]

When an Prisoner Files Frivolous allegations, Officials will usually state that it lacks an Preponderance of Evidence, and it is sometimes noted that Prisoners will suffer Disciplinary Cractions.

" This is not the Case "

On 6/1/18 Warden Cockerel, at an UCC, hearing stated Brown, you have been through hell, I saw the Disciplinary photo(s) I'm going to Give you a Job in the Laundry" As of this time I have not been able to use the Work Force as an avenue to maintain Quality Human Services, Therefore, The prison system is failing to provide all rehabilitation Services to me. My parole date is 8/19 and I have Not received any rehabilitation Only Conterve Intervention   Continued

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

The Only thing that has happened to me I have been degraded in Custody, that's it, its not good.

Just because I utilized the Grievance procedure I was strippled from being at the dorms.

I ask that I be promoted to an SAT II Trustee and to be given drug rehabilitation and given back my dorm status until Huntsville provides my SAT II IF Not

Transfer me to an staff that can better assist me.

**Offender Signature:** Arthur Dean Brown   **Date:** July 8 - 2018

**Grievance Response:**

A review of your Step 1 Grievance was conducted and you were appropriately advised at the Unit level. Per Grievance procedures only one issue per grievance is investigated and responded to. It should also be noted that if an offender has listed an emergency issue in a grievance that issue takes precedence over all other issues. It should also be noted that the Parole Division will decide whether or not an offender needs to attend rehabilitation programs. No further action is warranted.

**Signature Authority:** Howard B. Howard ARO   **Date:** 07-25-18

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**   CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**   CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**   CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)   Appendix G

Last Name: Brown
First Name: Arthur (Glen)
TDCJ#: 575490   Cell: 4-D-55(B)
Job: med. SQD #4   Hours: 6:00 am - 12:00 pm
School: None   Hours: None
Days Off: None

Law Library Session Request

**(Be Specific) & (Print Clearly)**

Last Name: Brown
First Name: Arthur (Glen)
TDCJ#: 575490   Cell: 4-D-55-(B)
Job: med. SQD #4   Hours: 6:00 am - 12:00 pm
School: None   Hours: None
Days Off: None

Law Library Session Request

**(Be Specific) & (Print Clearly)**

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

## INMATE REQUEST TO OFFICIAL

4-D-55 (B)

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

Law Library

TO: Mrs. Smith
(Name and title of official)

DATE: August 17-2018

ADDRESS: Michael Unit

4-D-55-B

SUBJECT: *State briefly the problem on which you desire assistance.*

Subject matter/: Request for Legal Session, & Extra time:

Thank you
mrs. Smith,
Bonjour, I Come in Peace.
My request to your Office for Law Library Sessions
for some reason I am not receiving the Log-ins, would
you please monitor this to ensure that I receive my Log-ins
Thank you mrs. M.           Sincerely Submitted

Name: Arthur Glen Brown          No: 575490          Unit: Michael
Living Quarters: 4-D-1-1         Work Assignment: med. SQD, #4

DISPOSITION: (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

Page 1
August the 19th of 2018

In The United States District Court
For The Eastern District of Texas
Tyler Division

Arthur Glen Brown #575440

v.

Bryan Collier, Executive Director

Cause No. Pending

⟨ Unusual Circumstance(s) ⟩

[A]. Law Library Tech I, Mrs. Smith, continuously ignores legal lay-ins to accomplish the (6) month balance statement required in processing and filing an Civil Rights Complaint.

[B].

⟨ Fact Finding Tenders are missing from files ⟩

There are broad perspectives that would cause prison officials to stagnate this Civil Action to be filed, prison officials are [using methods in hopes that the ⟨ Stare Decisis Concept ⟩ would molly-coddle an favorable result (or) even curb, or prevent the Civil Action from being filed ].
And this being the case, would be staring the Bounds v. Smith straight in the eyes, and that being the case, also

Hughes v. Rowe
449 U.S. 5, 66 L. Ed 2d 163
Cite as 101 S.Ct 173 (1980)

Is at hand,. In the Rowe Case the Court gave lenient grounds understanding the circumstances surrounding and heard the case.

[ II ]

⟨ Statement of Claim Additional space ⟩

Prisoner Brown, was placed in an lock-up status for requesting good conduct promotion time earning, he was placed in a cell that the Heat-Level was so intense that Doctors forget about a skin condition Eczema, and focused full attention of (5) Five high blood pressure readings on July the 2nd of 2018 Blood pressure medications were Increased.
On that same day at that very moment a female guard made a phone call to Central Office that Heat related housing was causing my blood pressure to exceed at an very dangerous level.
I had been telling prison staff that my chest had been hurting, but I was advised that due to a shortage of staff there was not Escorting Officers, by chance, and only by chance Doctor Lastrapes, had ordered an review for my skin Eczema.
I was then moved to a location with a cell mate suffering from high security syndrome not capable of getting along with others

Continued on page II

On me by about 50 lbs, he was much taller than I was. And On July the 30th of 2018 I was moved.

He has had 3 Three Cell mates Since I left out that Cell.

On July the 16th of 2018 Dr. Wright ordered that I be given an No Temperature Extreme(s) he explained that the Next time I am sent to 11-Building present my no Extreme Temperature pass and I must not be placed in 11-Building when heat Temps. are excessive.

Dr. Wright also explained that it was best that I not be housed at the Dorms, due to Heart damage, that the little Females would have a hard time picking me up if I had a Heart attack.

{ Cause of Actions }

On May the 30th of 2018 I was retaliated against for utilizing the Grievance procedure, I was placed in extreeme heat Conditions I may had suffered mild Heart attacks due to shout of Staff.

I Lost Trustee Housing For now Disciplinary Fractions. Then my Health was at Question where the doctor thought it may be best to be close to the Hospital In case if I have a Heart attack.

I was Forced to eat Cold Food, not able to shower for 6-7 days due to a shortage of Staff in 11-Building, then placed in the Cell with an Inmate whom is known not to get along with his Cell mates.

"Your Honor",

{ Order a review of my Disciplinary photo's }

"You will be shocked"

It has been Ordered in my Files to be Tormented.

I have been told by Majors, and Captains that Inmates have been placed in my Cells to jump on me.

I was the Inmate whom alarmed The F.B.I. over the Vita-pro Scandal, and the One who exposed the cattle-theft ring on East Ham.

I have asked that the Jencks Act be Invoked.

"These Elements along" will raise deep suspicions, that just mabie an Special Counsel Should be appointed to not only bring the Brady Bill into action, but to molden-out these [ distinctive and rare Elements and it's Nature ].

{ Concerning the missing File Sheet }

[ 11-Building's History ]. 11-Building Houses Prisoners whom Newly arrives at the Unit, it Houses those whom go to PHD, in some cases those whom has Bird Flu, those whom's Life is in danger (or) if the Unit is over Crowded.

Continued on page III

(Prima Facie Statement)

[ The Closer of 11-Building in 2015-16 "Deaths" ]

Your Honor, This is the Fact Finder Sheet that was just found to be missing from my Civil Action folder.

I had humbly made the statement that there was suspicion of large amounts of mortalities in 11-Building in 2015-16 that for two or three reasons 11-Building was closed down due to Heat related deaths, my aim was to establish a reason for doubt.

On August the 14th I asked an Officer whom has been working 11-Building for 7-or 8 years if 11-Building had been closed down before and his answer was as following,

("Yes, There was some deaths on 11-Building due to Heat related Issues")

Because of this, I have been Cock tailed with Heat medication

my chest hurts all the time (Now)

I had almost gotten off of Blood pressure medication and now I am "Hurting all the time".

I have been Cocktailed with large amounts of Blood pressure medication (S)

Due to my situation and because of my small amount of legal knowledge, I ask that I not be held to the same standard as Attorneys, and I pray that the Honorable majesty and the Judge acknowledge The Hughes v. Row Case and appoint an attorney to assist me.

May I say thank you for your time and assistance in this matter

Sincerely

Arthur John Brown

Arthur Glew Brown # 5754 90
Michael Unit
2664 FM 2054
Tennessee Colony, Texas
75886

To) The Honorable Judge(s) Chambers
  Judge(s) Chambers
  United States District Court
  Room 106
  Eastern District of Texas
  211 W. Ferguson Street
  Tyler, Texas
  75702



NORTH TEXAS TX PDC
DALLAS TX 750
20 AUG 2018 PM 2 L